# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0778
_____

DANIEL P. HOWE,

Appellant,

v.

RICKY D. DIXON, Secretary,
Department of Corrections,

Appellee.

_____


On appeal from the Circuit Court for Hamilton County.
Frederick Laurence Koberlein, Jr., Judge.


August 2, 2024

PER CURIAM.

AFFIRMED.

ROBERTS, BILBREY, and M.K. THOMAS, JJ., concur.

_____


***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Daniel Patrick Howe, pro se, Appellant.

Ashley Moody, Attorney General; Sheron Lee Wells and Michael Layton Schaub, Assistant Attorneys General, Tallahassee; Dan Johnson, General Counsel, Department of Corrections, Tallahassee, for Appellee.